UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WEST POINTE LIMITED PARTNERSHIP, | ) | Case No. 09-44326-659 |
| ET. AL. | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| GANNON PARTNERSHIP 19, L.P., | ) | **Adversary No. 06-4474-659** |
| | ) | |
| | ) | |
| Plaintiff, | ) | PUBLISHED |
| | ) | |
| -v- | ) | |
| | ) | |
| SUSMAN, SCHERMER, RIMMEL, & | ) | |
| SHIFRIN, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Facts and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiff's Motion for Summary Judgment is GRANTED IN PART as to Count I in that Plaintiff's request for a judgment declaring that Defendant's claims are dismissed with prejudice is GRANTED, judgment is entered in favor of Plaintiff as to Count I and Defendant's Counterclaims and dismissed with prejudice and DENIED IN PART in that Plaintiff's request for attorneys fees is DENIED; and

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion for Summary Judgment is GRANTED IN PART as to Count III in that Plaintiff's request for turnover of Retainer and all accrued interest is GRANTED and judgment is entered in favor of Plaintiff as to Count III and DENIED IN PART in that Plaintiff's request for attorneys fees is DENIED; and

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion for Summary Judgment is DENIED AS MOOT as to Count II; and this is a final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: May 19, 2009
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Robert H. Brownlee
Thompson Coburn LLP
One US Bank Plaza, Ste. 2600
St. Louis, MO 63101

Peter D. Kerth
Gallop, Johnson & Neuman, L.C.
101 S. Hanley, Suite 1600
St. Louis, MO 63105